UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ANTHONY LORUSSO<br><br>                Plaintiff,<br><br>      -against-<br><br>FOX CORPORATION BROADCASTING<br><br>                Defendant. | 22-CV-8686(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 14, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 14, 2022
             New York, New York

                                              /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge